**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Patrick Atkinson, an individual, and ) <br> The God's Child Project, a North Dakota ) <br> nonprofit organization, ) <br> ) <br> Plaintiffs, ) <br> ) <br> James McLaughlin and ) <br> Roberta McLaughlin, ) <br> ) <br> Defendants. ) | **ORDER** <br><br><br><br><br><br><br> Case No. A1-03-091 |

___

The court conducted a status conference in the above-entitled action on Monday, November 28, 2005. Pursuant to the parties discussions, the trial in this case will be rescheduled for December 4, 2006, at 9:30 a.m. CST in Bismarck, North Dakota.

In anticipation of this new trial date, the parties shall submit a revised scheduling plan to the magistrate judge by December 23, 2005, keeping in mind that the date for the dispositive motion deadline shall be no later than October 4, 2006. In addition to revised pretrial deadlines, the scheduling plan should set forth a deadline for supplementing the plaintiffs' Motion for Leave to Assert a Claim for Punitive Damages. Finally, the scheduling plan should specify the date(s) on which the parties intend to depose each other. In the event that no agreement can be reached in this regard, the court shall schedule a conference to address this issue.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge