# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Patrick Atkinson, an individual, and ) <br> The God's Child Project, a North Dakota ) <br> nonprofit organization, ) <br>   ) <br> Plaintiffs, ) <br>   ) <br> James McLaughlin and ) <br> Roberta McLaughlin, ) <br>   ) <br> Defendants. ) | **ORDER** <br><br><br><br><br><br><br> Case No. A1-03-091 |

The trial in this matter has now been continued until September 18, 2006. The parties are directed to submit a proposed revised scheduling/discovery plan to the magistrate judge by February 3, 2006. In such plan, the dispositive motion deadline shall be no later than July 19, 2006, given that the court needs sixty days with response time to consider the motions prior to trial. In addition to revised pretrial deadlines, the scheduling plan should set forth a deadline for supplementing the plaintiffs' Motion for Leave to Assert a Claim for Punitive Damages. Finally, the scheduling plan should specify the date(s) on which the parties intend to depose each other, as well as the locations, given that the parties have repeatedly indicated to the court that delays and disagreements about these depositions are the primary reasons why the parties have not been able to comply with prior pretrial schedules. In the event that no agreement can be reached regarding the timing and locations of the party depositions, the parties shall file simultaneous briefs setting forth their positions on the issue of timing and location no later than February 10, 2006, with responses to be filed no later than February 17, 2006. A sample scheduling/discovery plan is attached to this order.

If further relief is required by the parties in this case, the parties are directed to file appropriate motions or to schedule conference calls with the court. Letter requests are not in compliance with the court's rules, do not fit within the court's new electronic filing system, and likely will be ignored.

**IT IS SO ORDERED.**

Dated this 13th day of January, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge