# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Patrick Atkinson, an individual, and ) | |
| The God's Child Project, a North Dakota ) | |
| nonprofit organization, ) | |
| ) | **ORDER RE MOTION TO QUASH** |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:03-cv-091 |
| James McLaughlin and ) | |
| Roberta McLaughlin, ) | |
| ) | |
| Defendants. ) | |

___

Defendants served Monica Hannan, a non-party, with a subpoena directing her to produce all materials related to a recently published book that she had written about the plaintiffs. On May 31, 2006, Ms. Hannan filed an objection to the subpoena, which the court construed as a Motion to Quash.

On June 5, 2006, the court conducted a status conference during which it advised the parties they should attempt to resolve the matter of Ms. Hannan's subpoena amongst themselves. As neither party nor Ms. Hannan has since raised any concerns about the subpoena or requested any additional relief, the court presumes that this matter has been resolved. Accordingly, the court deems the Motion to Quash (Docket No. 79) to be **MOOT**.

**IT IS SO ORDERED.**

Dated this 6th day of December, 2006.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge