**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Patrick Atkinson, an individual, and the God's Child Project, a North Dakota nonprofit organization, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) | |
| James McLaughlin and Roberta McLaughlin, | ) ) ) | Case No. 1:03-cv-091 |
| Defendants. | ) ) | |

Before the Court is the parties' "Stipulation of Dismissal" filed on May 9, 2007. The parties have informed the Court that they have reached an agreement as to the resolution of this matter. The Court **ADOPTS** the parties' "Stipulation of Dismissal" (Docket No. 133) and **ORDERS** that the case be dismissed with prejudice and without costs or attorneys' fees to any party.

**IT IS SO ORDERED.**

Dated this 15th day of May, 2007.

/s/ Daniel L. Hovland
Daniel L. Hovland, Chief Judge
United States District Court